NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT


WILLIE BURTON,                              )
                                           )
          Appellant,                        )
                                           )
v.                                         )          Case No. 2D17-546
                                           )
STATE OF FLORIDA,                           )
                                           )
          Appellee.                         )
                                           )
_____)

Opinion filed October 3, 2018.

Appeal from the Circuit Court for Manatee
County; Susan B. Maulucci, Judge.

Howard L. Dimmig, Public Defender,
and Steven G. Mason, Special Assistant
Public Defender, Bartow, for Appellant.

Pamela Jo Bondi, Attorney General,
Tallahassee, and Chelsea S. Alper,
Assistant Attorney General, Tampa, for
Appellee.



PER CURIAM.


          Affirmed.


LaROSE, C.J., KELLY, and SALARIO, JJ., Concur.